UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company, | x :<br>:<br>:<br>: Civil Action No.: 05CV1531 (DGT) (RML) |
| Plaintiffs, | : Filed Electronically |
| -against- | : |
| WILLIAM HOLLBORN, | : |
| Defendant. | : |
| | x |

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 15 2005 ★

P.M. _____
TIME A.M. _____

## [PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1.  Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the five sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Three Thousand Seven Hundred Fifty Dollars ($3,750.00).

2.  Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Three Hundred Seventy-Five Dollars ($375.00).

3.      Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "You Get Me," on album "The Spirit Room," by artist "Michelle Branch" (SR# 303-732);
- "Blessed," on album "Christina Aguilera," by artist "Christina Aguilera" (SR# 274-004);
- "Nice to Know You," on album "Morning View," by artist "Incubus" (SR# 306-181);
- "Silly Ho," on album "Fanmail," by artist "TLC" (SR# 298-454);
- "All By Myself," on album "Falling Into You," by artist "Celine Dion" (SR# 224-159);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: _____                    By: __s/David G. Trager_____
                                               Hon. David G. Trager
                                               United States District Judge